LAW OFFICES OF CHRIS COSCA
CHRIS COSCA    (SBN 144546)
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
JOSE MARIA VILLAREAL

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-0247 JAM |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER** |
| v. | |
| JOSE MARIA VILLAREAL, | |
| Defendant. | |

## STIPULATION

Plaintiff United States of America and defendant JOSE MARIA VILLAREAL, by and through their counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on February 4, 2014.

2. By this stipulation, defendant now moves to vacate this date and reset the status conference for February 18, 2014 at 9:45 a.m.

3. The parties further stipulate to exclude time between February 4, 2014 and February 18, 2014 under Local Code T4. Plaintiff does not oppose this request. It is anticipated the defendant will be entering a change of plea at the next court appearance.

4. The parties agree and stipulate, and request that the Court find the following:

    a. Counsel for defendant desires additional time to review and analyze discovery, to

USA v. VILLAREAL
2:13-cr-00247
Stip and [Proposed] Order

conduct additional investigation, to conduct necessary legal research, and to adequately advise defendant about immigration consequences and potential sentencing issues. Discovery includes over 100 pages of written material as well as CD/DVDs with audio and video recordings.

    b.    Counsel for defendant believes that failure to grant this request would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    c.    The government does not object to the continuance and has authorized Chris Cosca to sign his name to this stipulation

    d.    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    e.    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 4, 2014 to February 18, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), and Local Code T4, because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

5.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED:    January 28, 2014    /s/ Chris Cosca for_____
                                                    RICHARD J. BENDER
                                                    Assistant United States Attorney

DATED:    January 28, 2014    /s/ Chris Cosca_____

USA v. VILLAREAL
2:13-cr-00247
Stip and [Proposed] Order

CHRIS COSCA
Counsel for Defendant
JOSE MARIA VILLAREAL

**O R D E R**

IT IS SO FOUND AND ORDERED this 29th day of January, 2014.

/s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE